**Robert Martin BARRITT,
Plaintiff—Appellant,**

v.

**Bob NEY, Ex–Congressman,
Defendant—Appellee.**

No. 09–7287.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 22, 2009.

Robert Martin Barritt, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Martin Barritt appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)

(2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Barritt v. Ney,* No. 1:07–cv–00107–IMK–JES, 2009 WL 1754257 (N.D.W. Va. June 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*